UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FEB 1 8 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 4:21CR131 RWS/DDN
)
TISHONDA TURNER, )
)
Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 16, 2020, in St. Louis County, within the Eastern District of Missouri,

**TISHONDA TURNER,**

the defendant herein, in connection with the acquisition of one or more firearms from The Range STL West, a licensed dealer, did knowingly make a false and fictitious written statement to said dealer, which statement was intended and likely to deceive said licensed dealer with respect to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title 18 of the United States Code, in that **TISHONDA TURNER**, represented that she was the actual buyer of one or more firearms, when, in fact, said defendant was acquiring said firearms on behalf of another, to wit: **FREDDIE TILMON**.

In violation of Title 18, United States Code, 922(a)(6), and 924(a)(2).

### COUNT TWO

The Grand Jury charges that:

On or about August 08, 2020, in St. Louis County, within the Eastern District of Missouri,

**TISHONDA TURNER,**

the defendant herein, in connection with the acquisition of one or more firearms from The Range STL West, a licensed dealer, did knowingly make a false and fictitious written statement to said dealer, which statement was intended and likely to deceive said licensed dealer with respect to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title 18 of the United States Code, in that **TISHONDA TURNER**, represented that she was the actual buyer of one or more firearms, when, in fact, said defendant was acquiring said firearms on behalf of another, to wit: **FREDDIE TILMON**.

In violation of Title 18, United States Code, 922(a)(6), and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
KOURTNEY M. BELL, #300171 (CA)
Assistant United States Attorney